UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA LOCK,

        Plaintiff,

                          Case No. 06-CV-11024

vs.

                          HON. GEORGE CARAM STEEH

CONTINENTAL INSURANCE COMPANY,
a/k/a ENCOMPASS INSURANCE
COMPANY,

        Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO FILE DVD

Now before the court is plaintiff's motion to file a DVD of Jimmy Lock's deposition. Plaintiff argues that the DVD is necessary for the court to determine if Jimmy Lock is competent to testify at trial and whether he was competent to testify at his deposition. These questions are the subject of a separate motion filed by plaintiff. For the reasons stated on the record, this court will accept for filing the DVD of Jimmy Lock's deposition.

        SO ORDERED.


Dated: January 15, 2008

                                          s/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 15, 2008, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk